**SO ORDERED**
**The hearing shall be held on January 18, 2012 at 11:00 a.m.**



Thomas J. Catliota
U. S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.:   10−17950 − TJC     Chapter:   11

Gina Building, LLC
7221 Titonka Way
Derwood, MD 20855

## ORDER AND NOTICE OF A HEARING
## ON MOTION TO DISMISS

The Debtor(s) having filed a motion to dismiss, it is, pursuant to Federal Bankruptcy Rule 2002(a) and Local Bankruptcy Rule 2002−1(i), by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Debtor(s) serve a copy of this Order upon all creditors and parties in interest within seven (7) days of the date of entry of this Order and thereafter file a certificate of service evidencing same; and it is further

ORDERED, that a hearing upon the motion to dismiss will be held on the date and time set forth above, in Courtroom 3−E; and it is further

ORDERED, that if no objection is filed by any party in interest to Debtor(s)' motion to dismiss within fourteen (14) days after the date Debtor serves a copy of this Order on all creditors, the motion to dismiss may be granted without a hearing.

cc:   Attorney for Debtor(s) − Daniel M. Press
      U.S. Trustee

**17.6a − *jjohnson***

## End of Order